UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00936-AG | Date | November 21, 2016 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. ALFRED LOUIS VASSALLO JR. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE REGARDING REQUEST FOR ISSUANCE OF FINAL ORDER OF CONTINUING GARNISHMENT

The United States ("Government") has filed a request, asking the Court to "issue a final order of continuing garnishment to Garnishees." (Dkt. No. 9.) The Court has some concerns that must be addressed. The Government should make sure that the defendant receives a copy of this Order. Neither party needs to file briefs on this matter.

The Court ORDERS the Government to appear at a hearing regarding this request on **December 5, 2016**, at **9:00 a.m.** Defendant may but need not attend.

_____ : 0

Initials of Preparer  lmb